# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KERRY A. NOWAK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:20-cv-00391-DGK |
| | ) |
| WILLIAMS, INC., DANIEL COSTELLO, and JESSICA COSTELLO, | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Joint Stipulation of Dismissal (Doc. 12), it is hereby ORDERED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Date: November 18, 2020 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT